MIDWAY MANUFACTURING CO., and Illinois Corporation, Plaintiff-Appellee,

v.

Larry KRUCKENBERG, etc., Defendant-Appellant.

No. 85–3475.

United States Court of Appeals, Eleventh Circuit.

Sept. 21, 1987.

James M. Campbell, The Garland Firm, Atlanta, Ga., for defendant-appellant.

Stephen J. Calvacca, Paul J. Moriarty, Asst. U.S. Attys., Orlando, Fla., for plaintiff-appellee.

Before GODBOLD and ANDERSON, Circuit Judges, and ATKINS*, Senior District Judge.

PER CURIAM:

Prior Report: 779 F.2d 624 (1986).

In light of the decision of the Supreme Court in *Young v. United States ex rel. Vuitton,* and *Klayminc v. United States v. ex rel. Vuitton,* —— U.S. ——, 107 S.Ct. 2124, 95 L.Ed.2d 740 (1987), the judgment of the district court finding Kruckenberg guilty of contempt is

REVERSED.